IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KIARA ANTUAN SMITH                                               PLAINTIFF

v.                    CASE NO. 3:16-CV-00150 BSM

BLYTHEVILLE POLICE DEPARTMENT, et al.                DEFENDANTS

## ORDER

Consistent with the order entered on this day, this case is dismissed without prejudice.

DATED this 11th of July 2016.

_____
UNITED STATES DISTRICT JUDGE